
SLIP OPINION

Cite as 2015 Ark. 293

# SUPREME COURT OF ARKANSAS

IN RE DISTRICT COURT
RESOURCE ASSESSMENT BOARD

**Opinion Delivered** June 25, 2015

**PER CURIAM**

Honorable Tony Yocom, District Judge, Hempstead County District Court, Hope, Arkansas, and Chief Justice Jim Hannah are reappointed to the District Court Resource Assessment Board for four-year terms to expire on April 30, 2019. The court thanks these members for their continued service on this important board.